710 A.2d 1141

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Gregory D. KEENEY, Respondent.**

**No. 427, Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 18, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 18th day of June, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 1, 1998, it is hereby

ORDERED that GREGORY D. KEENEY be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.